1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  Ronald M. Arlas, Esq., SBN 59091
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
4  Tel: (949) 477-5050; Fax: (949) 477-9200

5  WRIGHT, FINLAY & ZAK, LLP
   Ronald M. Arlas, Esq. SBN 59091
6  907 Sir Francis Drake Blvd.
7  Kentfield, Ca. 94904
   Tel: 415/230-4350; Fax: 415/455-0370
8  rarlas@wrightlegal.net

9  Attorneys for Defendant SPECIALIZED LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DANNY VILLALON,

        Plaintiff

vs.

JP MORGAN CHASE BANK, N.A., et all,

        Defendants

Case No. 5:14-cv-05643-RMW

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

    Plaintiff DANNY VILLALON ("plaintiff"), by and through his counsel, Joseph R. Manning, Jr., and defendants SPECIALIZED LOAN SERVICING, LLC, ("SLS"), by and through its counsel, Ronald M. Arlas, as well as JP MORGAN CHASE BANK, N.A., ("Chase"), by and through its counsel, Amy M. Spicer, and collectively referred to as "defendants," hereby stipulate to the following facts:

    1.    Defendant SLS removed plaintiff's lawsuit to federal court on 12/29/2014.

    2.    On 1/5/15, SLS filed a Motion to Dismiss ("MTD") plaintiff's complaint. The MTD was re-set to be heard on 3/13/2015.

3. On 1/21/15, plaintiff voluntarily filed a First Amended Complaint ("FAC"). The response by defendants is due on 2/17/15.

4. While the litigation was moving forward, plaintiff's most recent loan modification application became "complete." Based on this complete modification application, plaintiff was offered a Trial Payment Plan ("TPP") on 2/4/2015.

5. Plaintiff has until the end of February, 2015 to decide whether or not to accept the offered TPP. If the TPP is accepted, then plaintiffs and defendants will move forward to settle this case.

6. In order to save time and money for the clients while plaintiff reviews the TPP, the parties have agreed to ask this Court to allow the time for defendants to respond to plaintiff's FAC to be extended to 3/16/15.

WHEREFORE, counsel for all of the parties would respectfully request that this Court issue the attached order allowing defendants until 3/16/15 to respond to plaintiff's FAC.

Dated: February 13, 2015         /s/ *Joseph R. Manning, Jr., Esq.*
                                 Joseph R. Manning, Jr., Esq.
                                 Attorney for Plaintiff Villalon


Dated: February 13, 2015         /s/ *Amy M. Spicer, Esq.*
                                 Amy M. Spicer, Esq.
                                 Attorney for Def. JPMorgan Chase


Dated: February 13, 2015         /s/ *Ronald M. Arlas, Esq.*
                                 Ronald M. Arlas, Esq.
                                 Attorney for Def. SLS

## ORDER EXTENDTING TIME TO RESPOND TO PLAINTIFF'S
## <u>FIRST AMENDED COMPLAINT</u>

Pursuant to the Stipulation of Counsel, above, this Court hereby orders that the deadline for defendants SPECIALIZED LOAN SERVICING, LLC and JPMORGAN CHASE BANK, N.A. to respond to plaintiff's First Amended Complaint is hereby extended to 3/16/2015.

Dated: _____

_Ronald M. Whyte_
U.S DISTRICT COURT JUDGE