Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
(866) 843-8308
Email: info@ManningLawOffice.com

Attorneys for Plaintiffs DANNY VILLALON and DOLORES VILLALON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY VILLALON, an individual, and DOLORES VILLAON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., a business entity form unknown, SPECIALIZED LOAN SERVICING, LLC, a business entity form unknown, NORTHWEST TRUSTEE SERVICES, INC., a business entity form unknown, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. 5:14-CV-05643<s>0-NC</s> <br><br> [~~PROPOSED~~] ORDER DISMISSING SPECIALIZED LOAN SERVICING, LLC AND NORTHWEST TRUSTEE SERVICES, INC. WITH PREJUDICE <br><br> [FRCP 41(a)(1)(A)(ii)] |

## [~~PROPOSED~~] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Civil Local Rule 7-1, and the stipulation between Plaintiffs Danny Villalon and Dolores Villalon ("Plaintiffs") and Defendants Specialized Loan Servicing, LLC, and Northwest Trustee Services, Inc. (collectively, "Defendants") (Plaintiffs and

---

[~~PROPOSED~~] ORDER DISMISSING SPECIALIZED LOAN SERVICING, LLC AND NORTHWEST TRUSTEE SERVICES, INC. WITH PREJUDICE
CASE NO. 5:14-CV-056430-NC

1

1  Defendants are collectively the "Parties"), it is **HEREBY ORDERED** that
2  SPECIALIZED LOAN SERVICING, LLC and NORTHWEST TRUSTEE
3  SERVICES, INC. are **DISMISSED** from the above-captioned action **WITH**
4  **PREJUDICE.** The Parties shall bear their own costs and fees.
5      **IT IS SO ORDERED**
6
7  Date:_____
8                                                             *Ronald M. Whyte*
                                              United States District Court Judge

27 ~~[PROPOSED]~~ ORDER DISMISSING SPECIALIZED LOAN SERVICING,
28 LLC AND NORTHWEST TRUSTEE SERVICES, INC. WITH PREJUDICE
                                    CASE NO. 5:14-CV-056430-NC

2