MORGAN, LEWIS & BOCKIUS LLP
Amy M. Spicer (SBN 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.963.1001
E-mail: aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy (SBN 241854)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
Email: jduffy@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANNY VILLALON,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Case No. 14-5643-RMW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND [] ORDER** |

Plaintiff Danny Villalon ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("JPMC" and collectively with Plaintiff, the "Parties") by and through their counsel, hereby enter into this Stipulation to Extend Time for Defendant JPMorgan Chase Bank, N.A. to Respond to Plaintiff's First Amended Complaint with

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25861857.1

1

STIPULATION TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 14-5643-RMW

reference to the following facts:

## RECITALS

A. On December 29, 2014, defendant Specialized Loan Servicing LLC ("SLS") timely removed Plaintiff's lawsuit to this Court.

B. On January 21, 2015, Plaintiff voluntarily filed a First Amended Complaint ("FAC").

C. On February 13, 2015, the Parties entered into a stipulation to extend the time for all defendants to respond to the FAC to allow Plaintiff to decide whether or not to accept the Trial Payment Plan that SLS offered him and to allow time for settlement negotiations.

D. Plaintiff has accepted the Trial Payment Plan and the Parties are actively engaged in continuing settlement discussions.

H. In view of the on-going settlement discussions, the Parties have agreed to extend the time for JPMC to respond to Plaintiff's First Amended Complaint to and including May 22, 2015.

IT IS THEREFOR STIPULATED that JPMC shall have to and including May 22, 2015 to respond to Plaintiff's First Amended Complaint.

Dated: April 16, 2015

**LAW OFFICES OF JOSEPH MANNING JR.**

By:   /s/ Joseph R. Manning, Jr.
      Joseph R. Manning Jr., Esq.

Attorneys for Plaintiff
DANNY VILLALON

Dated:  April 16, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Amy M. Spicer*
    Amy M. Spicer

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25861857.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 14-5643-RMW

**[] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25861857.1

3

STIPULATION TO EXTEND TIME TO
RESPOND TO FAC
CASE NO. 14-5643-RMW